THE STATE OF OHIO, APPELLANT, *v.* BAILEY, APPELLEE.

[Cite as *State v. Bailey* (1994), 68 Ohio St.3d 1212.]

(No. 92–2122—Submitted December 8, 1993—Decided January 26, 1994.)

*Steven C. LaTourette,* Lake County Prosecuting Attorney, *Ariane E. Tarighati, Kimberly A. Mahaney* and *Geoffrey W. Weaver,* Assistant Prosecuting Attorneys, for appellant.

*John J. Gill,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.